**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR GOMEZ,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>CLARK E. DUCART, Warden,<br><br>　　　　Respondent. | Case No. CV 14-04911-PSG (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: January 26, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE